WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Hamblen, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>Gharibco Enterprises, LLC, a Delaware limited liability company,<br><br>  Defendant. | Case No.: CV2007-02197-LOA<br><br>**ORDER RE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Pursuant to the motion of Defendant, Gharibco Enterprises, LLC, and good cause appearing,

IT IS ORDERED granting Defendant an extension of time within which to file a response to Plaintiff's Complaint. Defendant's response will now be due on Friday, December 14, 2007.

DATED this 4th day of December, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge